THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of HAROLD ROMER, Respondent, v. LICHTENSTEIN CLEANERS, INC., Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Townley, Glennon, Cohn and Callahan, JJ.

ETHEL B. STEWART and AMBROSE L. O'SHEA, as Ancillary Executors, etc., of BERT A. STEWART, Respondents, v. JULES ESPITALLIER, Appellant.— Judgment and order appealed from reversed with costs, on the ground that there is a triable issue of fact. Present — O'Malley, Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., dissents and votes for affirmance.

In the Matter of the Right of the Widow, JENNY DRESS, to Elect and Take Her Share as an Intestacy of FREDERICK M. DRESS, Deceased. JENNY DRESS, Widow, Appellant; ROSE FANNING and JAMES FANNING, Executors, Respondents; THERESA McCAFFREY and ELIZABETH GILDEA, Sisters and Beneficiaries, Respondents; JAMES DRESS, FREDERICK DRESS and MARIE FREI, Children and Beneficiaries. — Decree affirmed, with costs to the executors, respondents, Rose Fanning and James Fanning, payable out of the estate. No opinion. Present — O'Malley, Townley, Glennon, Cohn and Callahan, JJ.; O'Malley and Callahan, JJ., dissent and vote to reverse.

CHRISTINA PASPALAS and LOUIS PASPALAS, Appellants, Respondents, v. HELEN SPOLITAKEWICZ, Respondent, Appellant.— Order, so far as appealed from by the plaintiffs, unanimously affirmed, without costs. Appeal by the defendant, Helen Spolitakewicz, from so much of said order as denied her motion to dismiss the complaint unanimously dismissed, without costs. No opinion. Present — O'Malley, Townley, Glennon, Cohn and Callahan, JJ.

JULIUS DIORIO, an Infant, by CARMINE DIORIO, His Guardian ad Litem, Respondent, v. CIRO FERRARA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Cohn and Callahan, JJ.